AO 247 (10/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

Case: 4:08-cr-00471-RWS   Doc. #: 184   Filed: 04/17/15   Page: 1 of 1 PageID #: 614

# United States District Court
## for the
## Eastern District of Missouri

United States of America
v.

GEMAEL CHRISHON

Date of Original Judgment: February 23, 2006
Date of Previous Amended Judgment: _____
*(Use Date of Last Amended Judgment if Any)*

Case No: 4:08CR00471 CEJ
USM No: 49111-112

Robert Wolfrum
Defendant's Attorney

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ The court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of ___115___ months **is reduced to** ___97 months___.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment February 23, 2006 shall remain in effect.

**IT IS SO ORDERED.**

Order Date: April 17, 2015

*Judge's signature*

Effective Date: November 15, 2015
*(if different from order date)*

CAROL E. JACKSON, UNITED STATES DISTRICT JUDGE
*Printed name and title*